IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Davis, Dawn D

Printed: 01/22/09

Case Number: 08 B 18009
Judge: Squires, John H
Filed: 7/12/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 10, 2008
Confirmed: September 10, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 250.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 233.75 |
| Trustee Fee: |  | 16.25 |
| Other Funds: |  | 0.00 |
| Totals: | 250.00 | 250.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,341.50 | 233.75 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 8,668.91 | 0.00 |
| 4. | Jefferson Capital Systems LLC | Unsecured | 68.77 | 0.00 |
| 5. | Phoenix Growth & Income Fund | Unsecured | 49.57 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 71.39 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 172.00 | 0.00 |
| 8. | United States Dept Of Education | Unsecured | 1,176.42 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 77.39 | 0.00 |
| 10. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 11. | Allgate Financial | Unsecured |  | No Claim Filed |
| 12. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 13. | Nicor Gas | Unsecured |  | No Claim Filed |
| 14. | Debt Recovery Solutions | Unsecured |  | No Claim Filed |
| 15. | State Collection Service | Unsecured |  | No Claim Filed |
| 16. | United Collection Bureau Inc | Unsecured |  | No Claim Filed |
| 17. | Midstate Collection | Unsecured |  | No Claim Filed |
|  |  |  | $ 13,625.95 | $ 233.75 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 16.25 |
|  | $ 16.25 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Davis, Dawn D

Printed: 01/22/09

Case Number:  08 B 18009
Judge:  Squires, John H
Filed:  7/12/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

